UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14036-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
     Plaintiff,

vs.

ZACARIAS VICENTE-PELICO,
     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District

Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on July 28, 2014. A

Report and Recommendation was filed on August 5, 2014, (D.E. No. 19), recommending that the

Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file

objections to the Report and Recommendation, however none were filed. The Court has

reviewed the entire file and record and notes that no objections have been filed. After careful

consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is

hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. No. 19), of United States Magistrate Judge Frank

J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment which charges that

the Defendant, an alien, having previously been deported and removed from the United States on

or about March 30, 1998 and August 7, 2008,was found to be in the United States, knowingly

and unlawfully, without the Attorney General of the United States or his successor, the Secretary

of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having

expressly consented to such alien's reapplying for admission to the United States, in violation of

Title 8,United States Code, Section 1326(a).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of August, 2014.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office